### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-4132
DIRECT FAX
917-777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 25, 2024

**VIA ECF**

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        RE:    *Podems v. Cangemi*, No. 24-cv-4226 (JMA) (ARL)
                 **Proposed Briefing Schedule for Plaintiff's Motion to Remand**

Dear Judge Azrack:

      We represent Nominal Defendant New York Community Bancorp, Inc. in the above-referenced action. We write pursuant to Rule IV(G) of Your Honor's Individual Rules to propose the following briefing schedule for Plaintiff's motion to remand, which Plaintiff filed on July 15, 2024 (ECF No. 17):

- Any opposing or response papers filed by **August 14, 2024**; and

- Any reply papers filed by **August 30, 2024**.

This proposal is joined by Plaintiff and the Defendants who have filed consents to removal. (*See* ECF Nos. 20, 23, 25.) We thank the Court for its attention to this matter.

                                               Respectfully submitted,

                                             */s/ Susan L. Saltzstein*

                                             Susan L. Saltzstein

cc:     All counsel of record via ECF